IN THE UNITED STATES DISTRIC COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NATHAN R. WILSON )<br>RACHEL L. WILSON )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>SUNCOAST RV and )<br>GOLF STREAM, INC. ) | No. 3:05-cv-495 |

## MOTION TO STAY PROCEEDINGS

Come now the Plaintiffs, by and through the undersigned counsel, and moves this Court for an order staying the proceeding, and for their cause say as follows:

## MEMORANDUM OF LAW

Counsels for all parties have expressed the desire to resolve this matter expeditiously and amicably. Counsel for the Plaintiffs has spoken to counsel for both Defendants, and all agree to continue this matter for 30 days upon the approval of the Court.

## CONCLUSION

For the forgoing, Plaintiff move to stay these proceeding for 30 day, after which, Defendants are required to answer the complaint, and Plaintiffs are required to respond to pending motions.

Respectfully submitted, this the 22nd day of December, 2005.

/s/ Ursula Bailey
URSULA BAILEY, BPR #020616
Attorney for Plaintiffs

Ursula Bailey, Esq.
Suite 902, Walnut Building
706 Walnut Street
Knoxville, Tennessee 37902
(865)524-8106